

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00021-CR

DEBORAH TIMMONS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 114th District Court
Smith County, Texas
Trial Court No. 114-1126-10

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Deborah Timmons, appellant, has filed with this Court a motion to dismiss her appeal. The motion was signed by both Timmons and her counsel in compliance with the rules. *See* TEX. R. APP. P. 42.2(a). We grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     March 5, 2013
Date Decided:       March 6, 2013

Do Not Publish